

# Joseph & Norinsberg
## FIGHTING FOR EMPLOYEE JUSTICE

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

January 16, 2026

<u>Via ECF</u>
Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   Wright v. Helen of Troy Nevada Corporation et al
25 CV 8654 (KPF)

Dear Judge Failla:

We represent the Plaintiff in this matter.  This letter is written with the consent of counsel for Defendant Helen of Troy Nevada Corporation.

The parties are working on getting this case resolved without further judicial intervention. Consequently, we respectfully request that the conference scheduled for February 6, 2026 be adjourned to a later date and consent to extend Defendant's time to respond to the complaint to February 27, 2026.  Neither the conference nor the Defendant's time to respond have been adjourned previously.  This request will affect the deadline to file a case management plan and letter, and we respectfully request that the time for those filings be adjourned as well.

Thank you for your consideration of our joint request.

Sincerely,
/s/ Robert Schonfeld
Robert L. Schonfeld, Esq.

Cc:  Kimberly Rich, Esq.

Application GRANTED.  Defendants' time to answer or otherwise respond to the complaint is hereby ADJOURNED to **February 27, 2026.**  The initial pretrial conference currently scheduled for February 6, 2026, is hereby ADJOURNED to **March 24, 2026,** at **12:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:     January 20, 2026          SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE