

## Joseph & Norinsberg
### Fighting for Employee Justice

| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
|---|---|---|
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

February 24, 2025

<u>**Via ECF**</u>
Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: Wright v. Helen of Troy Nevada Corporation, et al.,
Case No. 25 CV 8654 (KPF)

Dear Judge Failla:

   We represent the Plaintiff in this matter. This letter is written with the consent of counsel for Defendant Helen of Troy Nevada Corporation.

   The parties are continuing to work to resolve this case without further judicial intervention. Consequently, we respectfully request that the conference scheduled for March 24, 2026, be adjourned to a later date. Plaintiff also consents to extend Defendant's deadline to respond to the Complaint to April 6, 2026. The present deadline for Defendant to respond to the Complaint is February 27, 2026. This is the parties' second request for an extension of time for Defendant to respond to the Complaint; the original deadline was November 26, 2025. This is the second request for an adjournment of the conference. This request will affect the deadline to file a case

management plan and letter, and we respectfully request that the time for those filings be adjourned as well.

Thank you for your consideration of this request.

Sincerely,
/s/ Robert L. Schonfeld
Robert Schonfeld, Esq.

Cc: Kimberly Rich, Esq.

Application GRANTED.  Defendants' time to answer or otherwise respond to the complaint is hereby ADJOURNED to **April 6, 2026.**  The initial pretrial conference currently scheduled for March 24, 2026, is hereby ADJOURNED to **May 5, 2026,** at **10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Dated:    February 25, 2026          SO ORDERED.
          New York, New York

          HON. KATHERINE POLK FAILLA
          UNITED STATES DISTRICT JUDGE